Vinton Frost
516 O'Farrell St. #611
SF CA 94102
(415) 608-1029

May 1, 2017

RECEIVED
OFFICE OF THE CLERK
COURT OF APPEALS
PUBLIC INFORMATION UNIT

2017 MAY -1 PM 2:13

DOCKETED ___ DATE ___ INITIAL

United States Court of Appeals
For the Ninth ~~District~~ Circuit  VPF

USA, Appellant
v.
Pinkus, et al., Appellees

USCA Case No.: 17-15699
For U.S. District Case 17-CV-01308 LB

Notice of Procedural Issue

Plaintiff/Appellant states that there is a procedural issue whether the order which is the subject of this appeal is final.

/s/ Vinton Frost
Vinton Frost