RECEIVED
OFFICE OF THE CLE...
U.S. COURT OF APPE...
PUBLIC INFORMATION...

2017 MAY 15 PM 4: 10

DOCKETED

DATE    INITIAL

Vinton Frost

MAY 15, 2017

516 O'Farrell St. #611

San Francisco, CA 94102

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

U.S.C.A No: 17-15699

Frost, APPELLANT

v.

Pinkus, ET AL.

U.S. DISTRICT COURT FOR NORTHERN CALIFORNIA.
CASE No.: 17-CV-01308 LB

SUPPLEMENT TO APPEAL

APPELLANT SEEKS DE NOVO JUDICAL REVIEW OF AN ORDER DISMISSING A COMPLAINT FOR FAILURE TO STATE A CLAIM, WITH SUCH ORDER NOT SUFFICIENTLY RESPONSIVE TO SUCH COMPLAINT, ON THE BASIS OF CLAIMS OF PERSONAL BIAS OR A JUDICIAL PREJUDICE CONCERNING A PARTY.

VINTON FROST